IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD MITCHELL,

    Plaintiff,

v.

ROUTH CRABTREE OLSEN, *et al.*,

    Defendants.

No. C 11-3577 SI

**ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)**

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *Mitchell v. OneWest Bank et al.*, 10-4207 JSW, for a determination of whether the cases are related. The Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d). The October 28, 2011 hearing on defendants' motion to dismiss the complaint and plaintiff's motion to amend the complaint is VACATED. The motions will be rescheduled for hearing after the related case determination.

**IT IS SO ORDERED.**

Dated: October 19, 2011

SUSAN ILLSTON
United States District Judge