1   R. Mitchell (SBN 172664)                JERID R. MAYBAUM (SBN 190846)
2   Attorney at Law                         JANE E. RANDOLPH (SBN 136865)
    1300 Clay Street Suite 600              JACKS & MAYBAUM LLP
3   Oakland, CA 94612                       811 Wilshire Boulevard, Suite 975
    510.836.2097 (ph)/510.380.6431 (fax)    Los Angeles, CA 90017
4   Attorney for Plaintiff                  Tel: (213) 892-8000/Fax: (213) 892-8082
5                                           Attorneys for Defendants
                                            ROUTH, CRABTREE OLSEN and
6                                           EDWARD T. WEBER

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   Bernard Mitchell, S. Raye Mitchell, as      **Civil Case No.: C11-03577 JSW ADR**
12   Trustee of The BSM Living Trust
                                                 **STIPULATION TO CONTINUE CASE**
13              Plaintiffs,                       **MANAGEMENT CONFERENCE;**
                                                 **[PROPOSED] ORDER**
14          vs.

15   Routh Crabtree Olsen, P.S., form of entity
16   unknown, Edward T. Weber, an individual,    Date action Filed: July 21, 2011
                                                 First Amended Complaint:  February 10, 2012
17   Regional Trustee Services Corporation, a    Trial Date:   Not Set.
     California corporation, Deutsche Bank
18
     National Trust Company, as Trustee of the
19
     Asset Securitization Trust 2007-A8
20
     Mortgage Pass through Certification Series
21
     2007-11 Under Pooling and Servicing
22
     Agreement Dated June 1, 2007, its Assigns
23
     and/or Successors of Interest, One West
24
     Bank, FSB, and Does 1-10.
25
               Defendants.
26

27

28
_____

**Stipulation to Continue Case Management Conference  1**

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

It is stipulated by and between the parties, Bernard S. Mitchell and S. Mitchell, Trustee, the BSM Living Trust, Plaintiffs ('Plaintiffs") and Routh Crabtree and Olsen LLP, and Edward Weber Defendants ("Defendants"), as follows:

1. Plaintiffs filed a First Amended Complaint on February 10, 2012 adding new claims and new parties.

2. Defendants filed a Motion to Strike and a Motion to Dismiss on February 27, 2012, with a hearing date set for April 27, 2012.

3. The remaining defendants have not yet appeared and may not appear before March 30, 2012. It is anticipated that one or more of the new defendants will file motions upon their first appearances.

4. The parties contend that it would be prudent to request a continuance of the initial case management conference from March 30, 2012 to May 25, 2012, or a date thereafter that the Court deems is suitable.

5. The parties request the continuance to permit Defendants' motion to be ruled upon and to permit an appearance by the remaining defendants.

6.      In addition, Raye Mitchell, counsel for plaintiffs, has a business related appearance out of the state on March 30, 2012 that creates a calendar conflict.

7. If the court is not available on May 25, 2012 the parties are also available for a further case management conference at a later date.

---

1

2

3

4  **IT IS SO STIPULATED**

5

6  DATED:        March 1, 2012

7

8                                                          By: /s/ Raye Mitchell
                                                          Raye Mitchell

9                                                         Attorney for Plaintiff
                                                          BERNARD MITCHELL AND S.

10                                                        MITCHELL, TRUSTEE

11

12                                                        JACKS & MAYBAUM LLP
                                                          By: /s/ JERID R. MAYBAUM

13                                                        JERID R. MAYBAUM, ESQ.
                                                          JANE E. RANDOLPH, ESQ.

14                                                        Attorneys for Defendants
                                                          ROUTH CRABTREE OLSEN, P.S.

15                                                        and EDWARD T. WEBER

16

17

18  GOOD CAUSE APPEARING THEREFOR,

19  The initial case management conference is continued from March 30, 2012 to ~~April 27, 2012~~

20                                                        May 25, 2012 at 1:30 p.m.

21

22   IT IS SO ORDERED.

23

24  DATED: _____   _____

25                                                        HONORABLE JEFFERY S. WHITE

26

27                                                        UNITED STATES DISTRICT JUDGE

28

---

**Stipulation to Continue Case Management Conference  3**