| | |
|---|---|
| R. Mitchell (SBN 172664)<br>Attorney at Law<br>1300 Clay Street Suite 600<br>Oakland, CA 94612<br>510.836.2097 (ph)/510.380.6431 (fax)<br>Attorney for Plaintiff | JERID R. MAYBAUM (SBN 190846)<br>JANE E. RANDOLPH (SBN 136865)<br>JACKS & MAYBAUM LLP<br>811 Wilshire Boulevard, Suite 975<br>Los Angeles, CA 90017<br>Tel: (213) 892-8000/Fax: (213) 892-8082<br>Attorneys for Defendants<br>ROUTH, CRABTREE OLSEN and<br>EDWARD T. WEBER |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernard Mitchell, S. Raye Mitchell, as Trustee of The BSM Living Trust<br><br>    Plaintiffs,<br><br>  vs.<br><br>Routh Crabtree Olsen, P.S., form of entity unknown, Edward T. Weber, an individual, Regional Trustee Services Corporation, a California corporation, Deutsche Bank National Trust Company, as Trustee of the Asset Securitization Trust 2007-A8 Mortgage Pass through Certification Series 2007-11 Under Pooling and Servicing Agreement Dated June 1, 2007, its Assigns and/or Successors of Interest, One West Bank, FSB, and Does 1-10.<br><br>    Defendants. | **Civil Case No.: C11-03577 JSW ADR**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date action Filed: July 21, 2011<br>First Amended Complaint: February 10, 2012<br>Trial Date: Not Set. |

**Stipulation to Continue Case Management Conference  1**

## STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

It is stipulated by and between the parties, Bernard S. Mitchell and S. Mitchell, Trustee, the BSM Living Trust, Plaintiffs ('Plaintiffs") and Routh Crabtree and Olsen LLP, and Edward Weber Defendants ("Defendants"), as follows:

1. Plaintiffs filed a First Amended Complaint on February 10, 2012 adding new claims and new parties.

2. Defendants filed a Motion to Strike and a Motion to Dismiss on February 27, 2012, with a hearing date set for April 27, 2012.

3. The remaining defendants have not yet appeared and may not appear before March 30, 2012. It is anticipated that one or more of the new defendants will file motions upon their first appearances.

4. The parties contend that it would be prudent to request a continuance of the initial case management conference from March 30, 2012 to May 25, 2012, or a date thereafter that the Court deems is suitable.

5. The parties request the continuance to permit Defendants' motion to be ruled upon and to permit an appearance by the remaining defendants.

6.     In addition, Raye Mitchell, counsel for plaintiffs, has a business related appearance out of the state on March 30, 2012 that creates a calendar conflict.

7. If the court is not available on May 25, 2012 the parties are also available for a further case management conference at a later date.

_____

**Stipulation to Continue Case Management Conference  2**

**IT IS SO STIPULATED**

DATED:     March 1, 2012

By: /s/ Raye Mitchell
Raye Mitchell
Attorney for Plaintiff
BERNARD MITCHELL AND S.
MITCHELL, TRUSTEE

JACKS & MAYBAUM LLP
By: /s/ JERID R. MAYBAUM
JERID R. MAYBAUM, ESQ.
JANE E. RANDOLPH, ESQ.
Attorneys for Defendants
ROUTH CRABTREE OLSEN, P.S.
and EDWARD T. WEBER

GOOD CAUSE APPEARING THEREFOR,

The initial case management conference is continued from March 30, 2012 to ~~April 27, 2012~~
May 25, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____March 5, 2012_____       _____/s/ Jeffrey S. White_____

HONORABLE JEFFERY S. WHITE

UNITED STATES DISTRICT JUDGE

Stipulation to Continue Case Management Conference  3