IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD MITCHELL, an individual, S. RAYE MITCHELL, Trustee of the BSM Living Trust,

    Plaintiff,

v.

ROUTH CRABTREE OLSEN, P.S., ET AL.,

    Defendants.

No. C 11-03577 JSW

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss and the motion to amend which have been noticed for hearing on Friday, July 6, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE