IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MITCHELL, an individual, S. RAYE MITCHELL, Trustee of the BSM Living Trust,<br><br>    Plaintiff,<br><br>  v.<br><br>ROUTH CRABTREE OLSEN, P.S., ET AL.,<br><br>    Defendants.<br>_____/ | No. C 11-03577 JSW<br><br><br><br>**ORDER VACATING HEARING** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss and the motion to amend which have been noticed for hearing on Friday, July 6, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE