IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MITCHELL, | No. C 11-3577 JSW |
| Plaintiff, | **ORDER SCHEDULING HEARING** |
| v. | |
| ROUTH CRABTREE AND OLSEN, PS, et al., | |
| Defendants. | |

On November 13, 2012, Plaintiff filed an *ex parte* application for relief from the order and judgment issued on July 9, 2012. (Docket No. 63.) The motion is now ripe, and the Court HEREBY SCHEDULES a hearing on Plaintiff's *ex parte* application for March 8, 2013 at 9:00 a.m., so that it may be heard in connection with the pending motions in the related case *Mitchell v. Regional Trustee Services, Co.*, 12-CV-05547-JSW.

The Court HEREBY ADVISES the parties that it intends to address all pending matters on March 8, 2013, and therefore shall not look favorably on a request to continue the new hearing date. If, however, it finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: December 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE